JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ROSENFELD,<br><br>      Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Defendant. | ) NO. CV 16-2629-DOC(E)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the "Order for Summary Remand," it is adjudged that the "First Amended Petition Requesting Removal Pursuant to 28 U.S.C. § 1443" is denied and the matter is remanded summarily to the Los Angeles County Superior Court.

DATED:   April 20  , 2016.

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE